633 A.2d 604

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Jerry Lee PHILLIPS, Appellant.**

Supreme Court of Pennsylvania.

Argued March 11, 1993.

Decided Dec. 10, 1993.

Joseph P. Burt, Asst. Public Defender, for appellant.

William R. Cunningham, Dist. Atty. and Joseph P. Conti, Asst. Dist. Atty., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

### ORDER

PER CURIAM.

The order of the Superior Court is affirmed.

LARSEN, J., did not participate in the decision of this case.